IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **SHALANA WILLIAMS,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-5203 |
| **PATRICK R. DONAHOE,** *Postmaster* | : | |
| *General of the United States Postal* | : | |
| *Service*, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 23rd day of March 2012, upon consideration of Defendant's Motion to Dismiss (Doc. No. 25), Plaintiff's response thereto (Doc. No. 28), and Defendant's reply (Doc. No. 31), and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** that the Motion is **DENIED**.

Defendant shall file its answer to the Amended Complaint within twenty-one (21) days of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe

_____
**HON. CYNTHIA M. RUFE**